IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA BOOTH : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 13-5968 |
| BMO HARRIS BANK, N.A., ET. AL. : | |

### ORDER

**AND NOW**, this  11th  day of    August   , 2014, upon consideration of Defendant First International Bank & Trust's Motion to Compel Arbitration (ECF No. 34), Defendant BMO Harris Bank, N.A.'s Motion to Compel Arbitration (ECF No. 40), and Defendant North American Banking Company's Motion to Compel Arbitration (ECF No. 46), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Defendant First International Bank & Trust's Motion to Compel Arbitration (ECF No. 34), Defendant BMO Harris Bank, N.A.'s Motion to Compel Arbitration (ECF No. 40), and Defendant North American Banking Company's Motion to Compel Arbitration (ECF No. 46) are **GRANTED**.

2. Defendant BMO Harris Bank, N.A.'s Motion to Sever (ECF No. 38), Motion to Transfer (ECF No. 39), and Motion to Dismiss (ECF No. 42) are **DENIED** as moot.

3. Plaintiff's Complaint is **DISMISSED** without prejudice and the Clerk of Court is directed to close this matter.

**IT IS SO ORDERED.**

                                           **BY THE COURT:**

                                           ***/s/ R. Barclay Surrick, J.***